IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAKEIYA WRIGHT | : | CIVIL ACTION |
| | : | NO. 12-2707 |
| v. | : | |
| | : | |
| TERRY CACCIUTTI, JOHN CACCIUTTI, | : | |
| PLAZA PROPERTIES CORP., WARREN | : | |
| TODER AND PAT TODER | : | |
| | : | |

## ORDER

AND NOW, this 24th day of July, 2012, after consideration of defendants Terry and John Cacciutti's motion to transfer pursuant to 28 U.S.C. § 1404(a), plaintiff Takeiya Wright's response, defendants' reply and plaintiff's sur-reply, it is ORDERED that defendants' motion is GRANTED. This action is transferred to the United States District Court for the Middle District of Pennsylvania. The Clerk of Court is directed to take all steps necessary to effect transfer.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
