THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAKEIYA WRIGHT | : | |
| Plaintiff | : | |
| v. | : | |
| TERRY CACCIUTTI, et al., | : | 3:12-CV-1682 |
| | : | (JUDGE MARIANI) |
| Defendants | : | |
| v. | : | |
| KURT CARTER | : | |
| Additional Defendant | : | |

## ORDER

AND NOW, THIS 13TH DAY OF MARCH, 2014, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant SCI Janitorial Services, Inc.'s Motion for Summary Judgment (Doc. 68) is **DENIED**.

Robert D. Mariani
United States District Judge