THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAKEIYA WRIGHT : 
: 
    Plaintiff : 
v. : 
: 
TERRY CACCIUTTI, et al., :   3:12-CV-1682
:   (JUDGE MARIANI)
    Defendants : 
v. : 
: 
KURT CARTER : 
    Additional Defendant : 

ORDER

AND NOW, THIS  13 TH DAY OF MARCH, 2014, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Additional Defendant Kurt Carter's Motion for Summary Judgment (Doc. 59) is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge