THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKEIYA WRIGHT | : |
| Plaintiff | : |
| v. | : |
| TERRY CACCIUTTI, et al., | : 3:12-CV-1682 |
| Defendants | : (JUDGE MARIANI) |
| v. | : |
| KURT CARTER | : |
| Additional Defendant | : |

## ORDER

AND NOW, THIS __13__TH DAY OF MARCH, 2014, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendants John and Terry Cacciutti's Motion for Summary Judgment (Doc. 56) is **DENIED**.

Robert D. Mariani
United States District Judge